Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd Ste 405
Los Angeles CA 90025
Tel: 323-988-2400 x241
Fax: 866-829-5083
Attorneys for Plaintiff,
KELLIE HODAWANUS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KELLIE HODAWANUS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARCLAYS BANK DELAWARE, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: <br><br> **PLAINTIFF'S COMPLAINT AND** <br> **DEMAND FOR JURY TRIAL** |

Plaintiff, KELLIE HODAWANUS (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, BARCLAYS BANK DELAWARE, (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

2. Count II of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

- 1 -

PLAINTIFF'S COMPLAINT

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Visalia, Tulare County, California.

7. Defendant is a business entity with offices located throughout the country, including an office in Wilmington, Delaware.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant places collection calls to Plaintiff seeking and attempting to collect an alleged debt.

10. The alleged debt Defendant is attempting to collect arose by reason of a consumer credit transaction.

11. Defendant places collection calls to Plaintiff's cellular telephone at phone number 760-216-49XX.

12. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, (866) 408-4070.

13. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

14. On numerous occasions, including but not limited to September 12, 2014 at 11:19 A.M.; October 6, 2014 at 10:29 A.M., October 13, 2014 at 4:01 P.M., Plaintiff spoke to Defendant's representative, informed Defendant's representative that she was working

with a debt settlement company, and requested that Defendant cease placing collection calls to her cellular phone.

15. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system.

16. Despite Plaintiff's repeated requests to cease, Defendant placed at least forty (40) automated collection calls to Plaintiff, including up to four (4) calls in a single day.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, KELLIE HODAWANUS, respectfully requests judgment be entered against Defendant, BARCLAYS BANK DELAWARE for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

# COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated § 1788.11(d) of the RFDCPA by causing a telephone to ring repeatedly or continuously to annoy the person called;

    b. Defendant violated § 1788.11(e) of the RFDCPA by communicating with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff.

    c. Defendant violated § 1788.17 of the RFDCPA by failing to comply with the Fair Debt Collection Practices, Act, 15 U.S.C. § 1692 *et seq*., to wit:

        1. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

        2. Defendant violated §1692d(6) of the FDCPA by causing a telephone to ring repeatedly or continuously with intent to annoy, harass, or abuse Plaintiff.

WHEREFORE, Plaintiff, KELLIE HODAWANUS, respectfully requests judgment be entered against Defendant, BARCLAYS BANK DELAWARE for the following:

25. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

27. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  January 7, 2015               KROHN & MOSS, LTD.


By: /s/  Ryan Lee

Ryan Lee
Attorney for Plaintiff


**DEMAND FOR JURY TRIAL**

Plaintiff, KELLIE HODAWANUS, hereby demands a jury trial in this case.

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, KELLIE HODAWANUS states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KELLIE HODAWANUS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

| 11/07/2014 | *Kellie Hodawanus* |
|---|---|
| Date | KELLIE HODAWANUS |