UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KELLIE HODAWANUS, | Case No. 15-CV-00033-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO STAY ACTION AND PROCEED TO BINDING CONTRACTUAL ARBITRATION** |
| vs. | |
| BARCLAYS BANK DELAWARE, | |
| Defendant. | |

Pursuant to the Stipulation to Stay Action and Proceed to Binding Contractual Arbitration filed by plaintiff Kellie Hodawanus and defendant Barclays Bank Delaware, the Court orders as follows:

1. The parties shall proceed to binding contractual arbitration as set forth in the written Cardmember Agreement governing the credit card account at issue in this action;

2. This action is stayed in its entirety pending completion of the arbitration; and

3. The parties shall submit a joint status report every 90 days from the date of this Order advising the Court of the status of the arbitration.

IT IS SO ORDERED.

Dated: **March 16, 2015**                 **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE