UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE HODAWANUS, | **CASE NO. 1:15-cv-33-LJO-SKO** |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL** |
| BARCLAYS BANK DELAWARE, | |
| Defendant. | |

On September 23, 2015, Plaintiff filed a notice of voluntary dismissal in which she requests that the Court dismiss the complaint <u>with prejudice</u>. Doc. 14 at 1. The Court construes Plaintiff's request to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(i) as Defendant has not filed an answer or a motion for summary judgment.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint <u>with prejudice</u>.

**IT IS SO ORDERED**
**Dated: September 24, 2015**

                                                                         **/s/ Lawrence J. O'Neill**
                                                                  **United States District Judge**